AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of South Dakota
Western Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Robert O'Rourke, | ) | Case No. 5:20-mj- 127 |
| Lynette O'Rourke, | ) | |
| Sunny O'Rourke, | ) | |
| Guadalupe "Lupe" Garcia, and | ) | |
| Shaina Phelps, | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on a date unknown but no later than on or about December 2019, and continuing through the date of this Complaint, in the District of South Dakota and elsewhere, the defendants violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A) | Conspiracy to Distribute Methamphetamine |

This criminal complaint is based on these facts:

Beginning on a date unknown but no later than on or about December 2019, and continuing through the date of this Complaint, in the District of South Dakota and elsewhere, the defendants, Robert O'Rourke, Lynette O'Rourke, Sunny O'Rourke, Guadalupe "Lupe" Garcia, and Shaina Phelps knowingly and intentionally combined, conspired, confederated and agreed with each other and other persons known and unknown, to knowingly and intentionally distribute and to possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A).

☒ Continued on the attached sheet.

*Complainant's signature*

Dan Cooper, FBI Special Agent
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☑ submitted, attested to, and acknowledged by reliable electronic means.

Date: 6/16/20

*Judge's signature*

City and state: Rapid City, SD

Daneta Wollmann, United States Magistrate Judge
*Printed name and title*